FILED

2018 JUL -5 AM 8: 50

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| | ) | |
| Plaintiff, | ) | JUDGE GWIN |
| | ) | |
| v. | ) | CASE NO. 5 : 18 CR 353 |
| | ) | |
| WILLIAM L. IVEY, | ) | Title 18, Section 641, United States Code |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The United States Attorney charges:

1       From in or around December 2015 and continuing until in or around January

2018, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM L. IVEY, in a

continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own

use, and without authority dispose of property of the United States exceeding $1,000 in value

belonging to the United States Social Security Administration, an agency of the United States, to

wit: Title II Retirement Insurance Benefits, in the amount of approximately $27,449.80, in

violation of Title 18, Section 641, United States Code.

COUNT 2
(Theft of Government Property, in violation of 18 U.S.C. § 641)

The United States Attorney further charges:

2.       From in or around December 2015, and continuing until in or around January

2018, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM L. IVEY, in a

continuing course of conduct, willfully and knowingly did steal, purloin and convert to his own

use, and without authority dispose of property of the United States exceeding $1,000 in value

belonging to the Pension Benefit Guaranty Corporation, an agency of the United States, to wit:

Pension Benefit Guaranty Corporation pension benefits, in the amount of approximately $1,925,

in violation of Title 18, Section 641, United States Code.

JUSTIN E. HERDMAN
United States Attorney


By: _____
EDWARD F. FERAN
Chief, General Crimes Unit